THE NATIONAL BANK OF FORT EDWARD, Respondent, *v.* WASHINGTON COUNTY NATIONAL BANK, Appellant.

(Submitted January 28, 1878; decided February 5, 1878.)

REPORTED below, 5 Hun, 605.

*Boies & Thomas* for appellant.

*A. D. Wait* for respondent.

Agree to dismiss appeal on authority of *Coe* v. *Hobby*, *ante*, p. 141; *Pennie* v. *Life Ins. Co.* (67 N. Y., 278); *King* v. *Galvin* (62 id., 238).

All concur.

Appeal dismissed.